| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> WESTERN DISTRICT OF NEW YORK | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ☐ Chapter 7 <br> ■ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13      ☐ Check if this is an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy    12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** <br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Joseph** <br> First name <br><br> _____ <br> Middle name <br><br> **DiNardo** <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3149 | |

Debtor 1 **Joseph DiNardo**   Case number *(if known)*

|   | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **4.** | **Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |
| **5.** | **Where you live** | **5933 Main Street**<br>**Apartment 204**<br>**Williamsville, NY 14221**<br>Number, Street, City, State & ZIP Code<br><br>**Erie**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)<br>_____ |

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| | | |
| | | |
| | | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ■ Yes.

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Blue Ocean Partners LLC** | | Relationship to you | **Affiliate** | |
| District | **Western District of New York** | When | **3/23/23** | Case number, if known | **23-10245-CLB** |
| Debtor | | | Relationship to you | | |
| District | | When | | Case number, if known | |

**11. Do you rent your residence?**

- ■ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  **Joseph DiNardo**  Case number *(if known)*

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

Name of business, if any

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No. I am not filing under Chapter 11.

☒ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.

☐ Yes. What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

Debtor 1   **Joseph DiNardo**     Case number *(if known)*

**Part 5:  Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.  If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>   ☐ **Incapacity.**<br>   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>   ☐ **Disability.**<br>   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>   ☐ **Active duty.**<br>   I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>   ☐ **Incapacity.**<br>   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>   ☐ **Disability.**<br>   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>   ☐ **Active duty.**<br>   I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1  **Joseph DiNardo**                                        Case number *(if known)*

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ■ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

- ■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many Creditors do you estimate that you owe?**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**19. How much do you estimate your assets to be worth?**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Joseph DiNardo**
**Joseph DiNardo**
Signature of Debtor 1                                            Signature of Debtor 2

Executed on  **April 10, 2023**                                  Executed on  _____
             MM / DD / YYYY                                                    MM / DD / YYYY

Debtor 1  **Joseph DiNardo**  Case number *(if known)* _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Daniel F. Brown**  Date  **April 10, 2023**
Signature of Attorney for Debtor       MM / DD / YYYY

**Daniel F. Brown**
Printed name

**Andreozzi Bluestein LLP**
Firm name

**9145 Main Street**
**Clarence, NY 14031**
Number, Street, City, State & ZIP Code

Contact phone  **(716) 633-3200**   Email address _____

_____
Bar number & State

| **Fill in this information to identify your case:** | |
|---|---|
| Debtor 1 | **Joseph DiNardo** |
| | First Name     Middle Name     Last Name |
| Debtor 2 (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1:**    **List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**

**Bank on Buffalo, a Division of CNB Bank**
**535 Washington Street**
**Suite 101**
**Buffalo, NY 14203**

Contact

Contact phone

**What is the nature of the claim?**    **Guaranty**    **$75,000.00**

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:    -
     Unsecured claim

**2**

**Barclays**
**Card Services**
**Post Office Box 8802**
**Wilmington, DE 19899**

Contact

**What is the nature of the claim?**    **Credit Card Purchases for Business**    **$35,076.32**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Case 1-23-10316-CLB, Doc 1, Filed 04/10/23, Entered 04/10/23 15:52:58, Description: Main Document , Page 8 of 18

| Debtor 1 | Joseph DiNardo | Case number *(if known)* | |
|---|---|---|---|

Contact phone

Value of security: -
Unsecured claim

---

**3**

**Chubb**
**Post Office Box 7247-0180**
**Philadelphia, PA 19170**

**What is the nature of the claim?**  **Insurance**    $7,976.68

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact
Contact phone

---

**4**

**Dansa D'Arata & Soucia CPAs LLP**
**500 Pearl Street, Suite 810**
**Buffalo, NY 14202**

**What is the nature of the claim?**  **Accounting Fees**    $15,199.57

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact
Contact phone

---

**5**

**Equal Access Justice Fund LP**
**105 S. Narcissus Avenue**
**Suite 800**
**West Palm Beach, FL 33401**

**What is the nature of the claim?**  **Guaranty**    $7,000,000.00

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact
Contact phone

---

**6**

**Internal Revenue Service**
**Centralized Insolvency**
**Operations**
**Post Office Box 7346**

**What is the nature of the claim?**  **Excise Tax, Income Tax, Interest and Penalties**    $1,516,498.69

---

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    Page 2

Case 1-23-10316-CLB, Doc 1, Filed 04/10/23, Entered 04/10/23 15:52:58, Description: Main Document , Page 9 of 18

| Debtor 1 | Joseph DiNardo | | Case number *(if known)* | |
|---|---|---|---|---|

Philadelphia, PA 19101-7346

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact

Contact phone

---

**7**

**Lincoln Financial Group**
**Post Office Box 7247-0588**
**Philadelphia, PA 19170**

**What is the nature of the claim?**    **Life Insurance Policy**    **$24,179.98**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact

Contact phone

---

**8**

**Lincoln Life & Annuity**
**Post Office Box 7247-0295**
**Philadelphia, PA 19170**

**What is the nature of the claim?**    **Family Life Insurance Policy**    **$7,314.31**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact

Contact phone

---

**9**

**M&T Bank**
**One M&T Plaza**
**Buffalo, NY 14203**

**What is the nature of the claim?**    **Promissory Note; judgment; also Guarantor for third party loan regarding property located at 42 Swanson Terrace, Williamsville, New York 14221**    **$581,458.57**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    Page 3

Case 1-23-10316-CLB, Doc 1, Filed 04/10/23, Entered 04/10/23 15:52:58, Description: Main Document , Page 10 of 18

Debtor 1    **Joseph DiNardo**        Case number *(if known)*

☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

---

**10**

**Myron Robbins**
**230 North Street**
**Buffalo, NY 14201**

**What is the nature of the claim?**    **Loan**    **$3,104,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

---

**11**

**NYS Department of Taxation & Finance**
**Bankruptcy Unit**
**Post Office Box 5300**
**Albany, NY 12205**

**What is the nature of the claim?**    **Income Tax, Interest & Penalties**    **$69,605.88**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

---

**12**

**Principal Life Insurance Company**
**711 High Street**
**Des Moines, IA 50392**

**What is the nature of the claim?**    **Life Insurance Policy**    **$7,527.27**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

B 104 (Official Form 104)    **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    **Page 4**

Case 1-23-10316-CLB,    Doc 1,    Filed 04/10/23,    Entered 04/10/23 15:52:58,
Description: Main Document , Page 11 of 18

Debtor 1    **Joseph DiNardo**      Case number *(if known)* _____

---

**13**

**Sam Lanasa**
**9031 Hillview Drive**
**Clarence, NY 14031**

**What is the nature of the claim?**    **Loan**    **$100,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact
Contact phone

---

**14**

**Stifel Syndicated Credit LLC**
**Stifel, Nicolaus & Company, Inc.**
**787 7th Avenue**
**New York, NY 10019**

**What is the nature of the claim?**    **None. Debt believed to be paid in full, but UCC not released.**    **Unknown**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☐ No
- ■ Yes. Total claim (secured and unsecured)    **$1.00**
  - Value of security: - **$0.00**
  - Unsecured claim    **Unknown**

Contact
Contact phone

---

**15**

**Transamerica**
**Post Office Box 653000**
**Dallas, TX 75265**

**What is the nature of the claim?**    **Life Insurance Policy**    **$17,862.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security: -
  - Unsecured claim

Contact
Contact phone

---

| Part 2: | **Sign Below** |

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Joseph DiNardo**      X _____
**Joseph DiNardo**             Signature of Debtor 2
Signature of Debtor 1

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 5

Case 1-23-10316-CLB, Doc 1, Filed 04/10/23, Entered 04/10/23 15:52:58, Description: Main Document , Page 12 of 18

Debtor 1  **Joseph DiNardo**           Case number *(if known)* _____

Date  **April 10, 2023**                Date  _____

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Case 1-23-10316-CLB, Doc 1, Filed 04/10/23, Entered 04/10/23 15:52:58, Description: Main Document , Page 13 of 18

5933 Main Street LLC
Lymstone Lofts
5933 Main Street
Williamsville, NY 14221


Bank on Buffalo, a Division of CNB
Bank
535 Washington Street
Suite 101
Buffalo, NY 14203


Barclays
Card Services
Post Office Box 8802
Wilmington, DE 19899


Blue Ocean Partners LLC
c/o Regina A. Walker, Chapter 7 Trustee
Law Office of Regina Walker
300 International Drive, Suite 100
Williamsville, NY 14221


California Attorney Lending II, Inc.
500 Pearl Street, Suite 820
Buffalo, NY 14202


Cartiga
400 Park Avenue
New York, NY 10022


Chubb
Post Office Box 7247-0180
Philadelphia, PA 19170


Counsel Financial Services, LLC
500 Pearl Street, Suite 820
Buffalo, NY 14202


D & D Funding II, LLC
3425 Bannerman Road, #105-186
Tallahassee, FL 32312


Dansa D'Arata & Soucia CPAs LLP
500 Pearl Street, Suite 810
Buffalo, NY 14202

Dean Chase
c/o Woods Oviatt Gilman LLP
Brian Darrell Gwitt, Esq.
1900 Main Place Tower
Buffalo, NY 14202


Duke, Holzman, Photiadis & Gresens LLP
Attn: Robert L. Bencini, Esq.
701 Seneca Street, Suite 750
Buffalo, NY 14210


Edelson PC
Attn: Rafey S. Balabanian, Esq.
150 California Street, 18th Floor
San Francisco, CA 94111


Elissa D. Miller, Esq.
Chapter 7 Trustee of Girardi Keese
Greenspoon Marder LLP
333 S. Grand Avenue, Suite 3400
Los Angeles, CA 90071


Equal Access Justice Fund LP
105 S. Narcissus Avenue
Suite 800
West Palm Beach, FL 33401


Fredman Lieberman Pearl LLP
Attn: Alan W. Forsley, Esq.
1875 Century Park East, Suite 2230
Los Angeles, CA 90067


Friedman, Kaplan, Seiler & Adelman, LLP
Attn: Geoffrey Cajigas, Esq.
7 Times Square
New York, NY 10036


Friedman, Kaplan, Seiler & Adelman, LLP
Attn: Eric Jonathan Seiler, Esq.
7 Times Square
New York, NY 10036


Hodgson Russ LLP
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, NY 14202-4040

```
Internal Revenue Service
Centralized Insolvency Operations
Post Office Box 7346
Philadelphia, PA 19101-7346


Jamie Ruigomez
c/o Hoover & Durland LLP
Attn:  Timothy W. Hoover, Esq.
561 Franklin Street
Buffalo, NY 14202


Jenkins Mulligan & Gabriel LLP
Attn:  Larry W. Gabriel, Esq.
585 Lorna Lane
Los Angeles, CA 90049


Joseph DiNardo 2005 Trust
Attn:  Michael Dansa, Trustee
500 Pearl Street, Suite 810
Buffalo, NY 14202


Joseph Ruigomez
c/o Hoover & Durland LLP
Attn:  Timothy W. Hoover, Esq.
561 Franklin Street
Buffalo, NY 14202


Kathleen Ruigomez
c/o Hoover & Durland LLP
Attn:  Timothy W. Hoover, Esq.
561 Franklin Street
Buffalo, NY 14202


Levin, Rojas, Camassar and Reck, LLC
Attn:  Paul S. Levin, Esq.
40 Russ Street
Hartford, CT 06106


Lincoln Financial Group
Post Office Box 7247-0588
Philadelphia, PA 19170


Lincoln Life & Annuity
Post Office Box 7247-0295
Philadelphia, PA 19170
```

M&T Bank  
One M&T Plaza  
Buffalo, NY 14203


M&T Bank  
Lending Services, Customer Support  
Post Office Box 900  
Millsboro, DE 19966-0900


Martin Farber, Esq.  
235 Ranch Trail West  
Williamsville, NY 14221


McCarter & English, LLP  
Attn:  Geoffrey E. Lynott, Esq.  
Worldwide Plaza  
825 8th Avenue, 31st Floor  
New York, NY 10019


Myron Robbins  
230 North Street  
Buffalo, NY 14201


NYS Department of Labor  
Unemployment Insurance Division  
Benefit Collections Unit  
Post Office Box 1195  
Albany, NY 12201-1195


NYS Department of Taxation & Finance  
Bankruptcy Unit  
Post Office Box 5300  
Albany, NY 12205


Plaintiff Funding Holding, LLC  
d/b/a LawCash  
Attn:  Patrick Preece  
6 Commerce Drive  
Cranford, NJ 07016


Plaintiff Support Services, LLC  
c/o 5933 Main Street  
Apartment 204  
Williamsville, NY 14221

Principal Life Insurance Company
711 High Street
Des Moines, IA 50392


Sam Lanasa
9031 Hillview Drive
Clarence, NY 14031


Stifel Syndicated Credit LLC
Stifel, Nicolaus & Company, Inc.
787 7th Avenue
New York, NY 10019


The DiNardo Law Firm, P.C.
c/o 5933 Main Street
Apartment 204
Williamsville, NY 14221


The DiNardo Law Firm, P.C. 401(k)
Profit Sharing Plan
c/o 5933 Main Street
Apartment 204
Williamsville, NY 14221


The DiNardo Law Firm, P.C. Profit
Sharing Plan
c/o 5933 Main Street
Apartment 204
Williamsville, NY 14221


Transamerica
Post Office Box 653000
Dallas, TX 75265


Underberg & Kessler LLP
Attn: Jillian K. Farrar, Esq.
300 Bausch & Lomb Place
Rochester, NY 14604


United States Trustee
915 Wilshire Boulevard, Suite 1850
Los Angeles, CA 90017