UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

    JOSEPH DINARDO,

                  Debtor.

Case No.: 23-10316-CLB

- AND -

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

    THE DINARDO LAW FIRM, P.C.,

                  Debtor.

JOINTLY ADMINISTERED

Case No.: 23-10865-CLB

**ORDER CONVERTING THE DINARDO LAW FIRM, P.C.'S CASE
FROM CHAPTER 11 TO CHAPTER 7 AND
<u>TERMINATING JOINT ADMINISTRATION OF THESE CASES</u>**

This matter having come before this Court upon the *ex parte* motion (the "Motion") of Debtor-in-Possession the DiNardo Law Firm, P.C. (the "DiNardo Firm"), seeking the entry of an Order: (1) voluntarily converting the DiNardo Firm's Chapter 11 case to one under Chapter 7, pursuant to 11 U.S.C. §1112(a); and (2) terminating joint administration of the above-captioned cases, pursuant to 11 U.S.C. §105 and Rule 1015(b) of the Federal Rules of Bankruptcy.

AND, this matter having come before this Court upon notice to the Office of the United States Trustee and those parties requesting notices, but otherwise *ex parte*,

NOW, upon all pleadings and proceedings had in this matter to date, and good cause appearing therefor, it is hereby

ORDERED, that the Motion is hereby granted as set forth below; and it is

ORDERED, that the DiNardo Firm's Chapter 11 case is hereby converted to a case under Chapter 7 of the United States Bankruptcy Code; and it is

ORDERED, that the DiNardo Firm shall forthwith turn over to the Chapter 7 Trustee all records and property of the estate under its custody and control; and it is further

ORDERED, that within 14 days of the date of this Order, the DiNardo Firm shall file a schedule of unpaid debts incurred after the filing of the Petition and before conversion of the case required by Rule 1019(5) of the Federal Rules of Bankruptcy Procedure and must include the name and address of each creditor; and it is further

ORDERED, that not later than 14 days after conversion of this case, the DiNardo Firm shall file statements and schedules required by Rules 1019(1)(A) & 1007(b) of the Federal Rules of Bankruptcy Procedure, if such documents have not been already filed; and it is further

ORDERED, that within 30 days of the date of this Order, the DiNardo Firm shall file a final report and account and transmit the same to the Office of the United States Trustee; and it is further

ORDERED, that the joint administration of the above-captioned cases is hereby terminated, pursuant to 11 U.S.C. §105 and Rule 1015(b) of the Federal Rules of Bankruptcy; and it is

ORDERED, that this Order shall be filed in each of these cases; and it is

ORDERED, that the Clerk is authorized to take any steps necessary to effectuate this change on the Docket including, but not limited to an entry in both cases substantially as follows:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure terminating the joint administration of In re: Joseph DiNardo, Bk. No. 23-10316-CLB and In re: The DiNardo Law Firm, P.C., Bk. No. 23-10865-CLB. Any future pleadings relating to the named Debtors in each of these cases must be filed solely on the dockets of their respective cases.

Dated: Buffalo, New York
SEP 1 0 2024

Hon. Carl L. Bucki
Chief United States Bankruptcy Judge